43619.   COLEY et al. v. SMITH et al.

PANNELL, Judge.   The appellant, in his brief, has failed completely to comply with Rules 17 (a) (1) and 17 (c) (3) (A), which were effective August 1, 1965.   111 Ga. App. 883, 890. Accordingly the enumeration of errors not being supported by references to the record as therein provided will be considered as abandoned, and the judgment of the trial court affirmed. See *Strickland v. English*, 115 Ga. App. 384 (2) (154 SE2d 710).

> *Judgment affirmed. Jordan, P. J., and Deen, J., concur.*
> SUBMITTED MAY 8, 1968—DECIDED MAY 17, 1968—
> REHEARING DENIED MAY 29, 1968.

C. C. Crockett, A. L. Hatcher, for appellants.
Milton Harrison, for appellees.